UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC,<br>Plaintiff,<br>v.<br><br>HOT TOPIC, INC., *et al.*,<br>Defendants. | Case No. 2:25-cv-06616-FLA (CTSx)<br><br>**ORDER APPROVING STIPULATION FOR PERMANENT INJUNCTION AGAINST DEFENDANT INFLUENCER DESIGN HOUSE, LLC [DKT. 65]** |

**ORDER**

WHEREAS Plaintiff Chrome Hearts LLC ("Chrome Hearts" or "Plaintiff") has filed its operative First Amended Complaint ("FAC") against defendant Influencer Design House, LLC ("Defendant" or "IDH" and, together with Plaintiff, the "Parties") and other defendants alleging Trademark Infringement, False Designations of Origin, Common Law Trademark Infringement and Unfair Competition, and Unfair Competition in Violation of Cal. Bus. & Prof. Code § 17200 *et seq.*, concerning accessories manufactured, produced, distributed, promoted, and/or offered for sale by Defendant that Plaintiff contends bear identical, substantially indistinguishable, or confusingly similar reproductions of one or more of the Chrome Hearts Marks (attached hereto and incorporated herein as Exhibit 1) (such products will hereinafter be referred to as "Accused Products."). The Accused Products IDH sold are referenced in Exhibit 2.

WHEREAS the Parties have entered into a Confidential Settlement Agreement to fully resolve all of the claims in this action among the Parties.

WHEREAS without any admission of wrongdoing, liability, and/or that the Accused Products infringe any rights of Chrome Hearts, Defendant has agreed to consent to the below terms of a permanent injunction, IT IS HEREBY ORDERED THAT:

1. Defendant and its agents, servants, employees and all entities and/or persons in active concert and participation with Defendant are hereby permanently restrained and enjoined from infringing upon the Chrome Hearts Marks, including, but not limited to:
    a. manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing, or otherwise incorporate in advertising or marketing the Accused Products and/or any other products bearing the Chrome Hearts Marks;

b. delivering, holding for sale, returning, transferring, or otherwise moving, storing, or disposing in any manner the Accused Products and/or any other products bearing the Chrome Hearts Marks;

c. knowingly assisting, aiding, or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1(a)–(b) above; and

d. knowingly affecting any transactions, assignments or transfers, or form new entities or associations to circumvent the prohibitions referred to in Paragraphs 1(a)–(b) above.

WHEREAS the Parties further stipulate to the following and IT IS HEREBY FURTHER ORDERED THAT:

2. This court has jurisdiction over the Parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.
3. The execution of this Stipulation/Order shall serve to bind and obligate the Parties hereto.
4. Upon satisfaction of other obligations set forth in the Confidential Settlement Agreement and Release, the Parties will stipulate to, and Plaintiff will file, a separate *Dismissal with Prejudice of IDH from the Civil Action*.
5. The jurisdiction of this court is retained for the purpose of making any further orders necessary or proper for the enforcement of this Stipulation/Order.

IT IS SO ORDERED.

Dated: September 1, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

# EXHIBIT 1

| Chrome Hearts' Mark | U.S. Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
|  "Cemetery Design Patch" | 4,619,674 | 10/14/2014 | 025: Clothing, namely, tee shirts, shirts, tank tops, sweat shirts, sweat pants, vests, sweaters, jeans, pants, chaps, dresses, skirts, jackets, coats, underwear, swimwear, hats, socks and footwear |
| | 4,619,672 | 10/14/2014 | 014: Jewelry, namely, rings, earrings, pendants, necklaces, bracelets, cuff bracelets, cuff links, watch bracelets and key rings made of precious metals |
|  "CH Cross" | 3,606,059 | 4/14/2009 | 025: Clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, pants, jackets, dresses, coats and hats |
| | 3,605,860 | 4/14/2009 | 014: Jewelry, namely, rings, earrings, pendants, necklaces, bracelets, cuff bracelets, cuff links, watch bracelets and key rings made of precious metals |

# EXHIBIT 2






